# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE MATTER OF: RESUMPTION OF : No. 110 MM 2015
USE OF INDICTING GRAND JURIES IN :
DAUPHIN COUNTY :
:
:
:
PETITION OF: RICHARD A. LEWIS, :
PRESIDENT JUDGE OF DAUPHIN :
COUNTY COURT OF COMMON PLEAS :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2015, the Petition to Summon an Indicting Grand Jury is **GRANTED**.